UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

| | |
|---|---|
| JULIO ANTONIO SILVA, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> PRO TRANSPORT, INC.; OSCAR ACHARANDIO; TONY MENENDEZ, <br><br> Defendants. | CASE NO.: 1:15-23028-RNS |

## STATEMENT OF CLAIM

Comes Now Plaintiff, JULIO SILVA, by and through undersigned counsel and hereby files his Statement of Claim and in support thereof states as follows:

**Federal Overtime Claim**

1. Period of Claim: November 13, 2012 through August 12, 2015

2. Weeks: 143 weeks

3. Regular hourly pay rate: $17.00

4. Approximate hours worked over 40 hours a week: 30

5. Applicable time and half rate: $ 17.00/hr x 1.5 = $25.50/hr

7. Difference owed to plaintiff: $ 25.50

8. Calculation of overtime wages owed: $25.5/hr x 30 hrs/week x 143 weeks equals to $109,395.00 multiplied by liquidated damages equals to $218,790.00. Therefore Plaintiff's entire claim is for $218,790.00 plus attorney's fees and costs.

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser_____
     Steven C. Fraser, Esq.
     Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Appearance was sent via CM/ECF to on this 28th day of August 2015. As of August 28, 2015 no attorney has made an appearance for Defendants.

By:__/s/Steven C. Fraser_____
     Steven C. Fraser, Esq.
     Florida Bar Number: 625825