UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

| | |
|---|---|
| JULIO ANTONIO SILVA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>PRO TRANSPORT, INC.; OSCAR ACHARANDIO; TONY MENENDEZ,<br><br>Defendants.<br>_____ | CASE NO.: 1:15-23028-RNS |

## AMENDED STATEMENT OF CLAIM

Comes Now Plaintiff, JULIO SILVA, by and through undersigned counsel and hereby files his Amended Statement of Claim and in support thereof states as follows:

**Federal Overtime Claim**

1. Period of Claim: August 12, 2012 through November 13, 2013

2. Weeks: 65 weeks

3. Regular hourly pay rate: $17.00

4. Approximate hours worked over 40 hours a week: 30

5. Applicable time and half rate: $ 17.00/hr x 1.5 = $25.50/hr

6. Calculation of overtime wages owed: $25.5/hr x 30 hrs/week x 65 weeks equals to $49, 725.00 multiplied by liquidated damages equals to $99, 450.00. Therefore Plaintiff's entire claim is for $99, 450.00 plus attorney's fees and costs.

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser _____
    Steven C. Fraser, Esq.
    Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2015, I electronically filed the Amended Statement of Claim with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

    __/s/Steven C. Fraser__
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

## SERVICE LIST

**Via cm/ECF**
Richard Greiffenstein, Esq.
Zumpano Castro, LLC
Counsel for Defendants

500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
(305) 503-2990