IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JULIO ANTONIO SILVA and all others
similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

PRO TRANSPORT, INC., OSCAR
ACHARANDIO, TONY MENENDEZ,

        Defendants.

CIVIL ACTION NO. 15-cv-23028-RNS

## DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Defendants, PRO TRANSPORT, INC., OSCAR ACHARANDIO and TONY MENENDEZ ("Defendants"), by and through undersigned counsel and pursuant to this Court's Order dated August 19, 2015 (D.E. 6), file their Response to Plaintiff's Amended Statement of Claim (D.E. 11) as follows:

1.	Defendants assert that Plaintiff is exempt from overtime pay requirements pursuant to the "Motor Carrier Exemption", section 13(b)(1) of the Fair Labor Standards Act ("FLSA"), as his employment was within the Secretary of Transportation's authority pursuant to Section 204 of the Motor Carrier Act of 1935.

2.	Even if Plaintiff's employment were not subject to the FLSA §13(b)(1) Motor Carrier Exemption, which Defendants deny, Defendants assert that Plaintiff was properly paid all hours worked, including all applicable overtime wages, during the applicable time period. Specifically, Plaintiff was paid all his hours worked up to 40 hours per week at his hourly rate (i.e., $10 per hour), and all hours worked in excess of 40 hours per week were paid at one-and-a-half times his hourly rate (i.e., $15 per hour). Thus, all overtime was appropriately paid even if Plaintiff's work was not otherwise exempt from overtime pay requirements.

3.       Defendants deny that Plaintiff worked 70 hours per week for 65 weeks as alleged by Plaintiff, particularly when considering the non-compensable time spent by Plaintiff for his meal and rest breaks, personal/non-work related activities, other non-compensable time, as well as such weeks where Plaintiff took time off for sick days, holidays, personal days, or otherwise.

4.       Any act and/or omissions which may be found to be in violation of the FLSA and/or other applicable law occurred in good faith, were based on reasonable factors, and/or were in conformity with relevant laws and regulations.

5.       Defendants did not commit any oppressive, willful, wanton, fraudulent or malicious act or authorize or ratify any such act with respect to Plaintiff or any alleged group member, at all times acted in good faith and with reasonable grounds for believing it had complied with FLSA, and Plaintiff has failed to plead facts sufficient to support recovery of such damages.  Accordingly, Plaintiff's claims would be subject to a two year statute of limitation and Plaintiff is not entitled to liquidated damages if any overtime pay violations did occur, which Defendants deny.

6.       If any unlawful pay practice(s) occurred, which Defendants deny, such practice(s) was/were not committed, countenanced, ratified or approved by higher management in Defendant's corporate structure.

7.       Defendants OSCAR ACHARANDIO and TONY MENENDEZ were not Plaintiff's "employer" for purposes of the FLSA.

8.       Defendants reserve their right to amend their Response to Plaintiff's Amended Statement of Claim, as discovery is on-going.

Respectfully submitted,

**ZUMPANO CASTRO, LLC**
*Counsel for Defendants*
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone:  (305) 503-2990
Facsimile:  (305) 774-5908
Email: carlos.zumpano@zumpanocastro.com
Email: richard.greiffenstein@zumpanocastro.com

By: */s/ Richard Greiffenstein*
    Carlos A. Zumpano, Esq.
    Florida Bar No. 184240
    Richard Greiffenstein, Esq.
    Florida Bar No. 58948

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of October, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Richard Greiffenstein*
    RICHARD GREIFFENSTEIN

## SERVICE LIST
1:15-cv-23028 RNS

**J.H. Zidell, Esq.**
Fla. Bar No. 0010121
Email: zabogado@aol.com
**Steven C. Fraser, Esq.**
Fla. Bar No. 625825
Email: steven.fraser.esq@gmail.com
*Attorneys for Plaintiff*
J.H. ZIDELL, P.A.A
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766