**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JULIO ANTONIO SILVA and all others
similarly situated under 29 U.S.C.
216(b),

       Plaintiff,

vs.

PRO TRANSPORT, INC., OSCAR
ACHARANDIO, TONY MENENDEZ,

       Defendants.

CIVIL ACTION NO. 15-cv-23028-RNS

_____

**DEFENDANT'S RULE 26 INITIAL DISCLOSURES**

Defendants, PRO TRANSPORT, INC., OSCAR ACHARANDIO and TONY

MENENDEZ ("Defendants"), by and through undersigned counsel and pursuant to Federal Rule

of Civil Procedure 26(a)(1) & (2), hereby make the following initial disclosures required by that

Rule:

**General Statement**

Defendants' initial disclosures are based on information presently known and reasonably
available to Defendants and which Defendants believe it may use in support of its claims and
defenses without the benefit of any discovery and prior to reviewing Plaintiff's, JULIO
ANTONIO SILVA's ("Plaintiff"), response thereto.  Continuing investigation and discovery
may cause Defendants to amend these initial disclosures, including by identifying other potential
witnesses, documents, and by disclosing other pertinent information.  Defendants therefore
reserve the right to supplement these initial disclosures.

By providing these initial disclosures, Defendant does not represent that it is identifying
every document, tangible thing or witness possibly relevant to this action.   In addition, these
disclosures are made without Defendant in any way waiving its right to any discovery request or
proceeding involving or relating to the subject matter of these disclosures on any grounds,
including competency, privilege, relevancy and materiality, hearsay, undue burden,
confidentiality, or any other appropriate grounds.  Furthermore, these disclosures are not an
admission by Defendant regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and
limitations.

I.    <u>Rule 26 (a)(1)(A)(i)</u>  - the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

**Individuals likely to have discoverable factual information that Defendant may use to support its defenses in the above-referenced lawsuits are identified in the documents listed in Section II below, including but not limited to the following individuals:**

**Oscar Acharandio**
**c/o Zumpano Castro, LLC**
**500 S. Dixie Highway, Suite 302**
**Coral Gables, FL 33146**
**(305) 503-2990**
**Information on Plaintiff's allegations, duties, and work performance.**

**Tony Menendez**
**c/o Zumpano Castro, LLC**
**500 S. Dixie Highway, Suite 302**
**Coral Gables, FL 33146**
**(305) 503-2990**
**Information on Plaintiff's allegations, duties, and work performance.**

**Marjory Menendez**
**c/o Zumpano Castro, LLC**
**500 S. Dixie Highway, Suite 302**
**Coral Gables, FL 33146**
**(305) 503-2990**
**Information on Plaintiff's allegations, duties, and work performance.**

**Albert Navarro**
**c/o Zumpano Castro, LLC**
**500 S. Dixie Highway, Suite 302**
**Coral Gables, FL 33146**
**(305) 503-2990**
**Information on Plaintiff's allegations, duties, and work performance.**

**Silvia Finlay**
**c/o Zumpano Castro, LLC**
**500 S. Dixie Highway, Suite 302**
**Coral Gables, FL 33146**
**(305) 503-2990**
**Information on Plaintiff's allegations, duties, and work performance.**

**Julio Antonio Silva**
**c/o J.H. Zidell P.A.**

**300 71st Street, Suite 605**
**Miami Beach, Florida 33141**
**Information on his claims.**

II.   Rule 26(a)(1)(A)(ii) - a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

**The following documents are in Defendants' and/or undersigned counsel's possession:**

- **Plaintiff's personnel file including disciplinary records;**
- **Plaintiff's employee records, including payroll records;**
- **Defendant's employment policies, including those listed in the Employee Handbook;**
- **Relevant documents and files maintained by any individual Pro Transport, Inc. manager or supervisor regarding Plaintiff;**
- **Relevant documents and files maintained by Pro Transport, Inc.'s HR Department;**
- **Relevant documentary communications, whether in letter, memorandum, email, or other format.**

III.  Rule 26(a)(1)(A)(iii) - a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

**None.**

IV.   Rule 26(a)(1)(A)(iv) - for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**None.**

V.    Rule 26(a)(2)(A) - In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

**At this time, Defendant has not made any determination and/or retained any expert witnesses in this matter whom they may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. Defendant reserves the right to amend or**

**supplement these disclosures at the time that an expert witness is retained in regards to these claims.**


This <u>23rd</u> day of October, 2015.

<div style="margin-left:40%">

Respectfully submitted,

**ZUMPANO CASTRO, LLC**
*Counsel for Defendants*
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone: (305) 503-2990
Facsimile:  (305) 774-5908
Email: Joseph.Ruiz@ZumpanoCastro.com
and Carlos.Zumpanp@ZumpanoCastro.com


By: */s/ Joseph R. Ruiz*
     CARLOS A. ZUMPANO, ESQ.
     Florida Bar No. 184240
     JOSEPH R. RUIZ, ESQ.
     Florida Bar No. 65732

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of October, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joseph R. Ruiz*
**JOSEPH R. RUIZ, ESQ.**

## SERVICE LIST
1:15-cv-23028-RNS

*Counsel for Plaintiff:*

**J.H. Zidell, Esq.**
Fla. Bar No. 0010121
Email: zabogado@aol.com
**Steven C. Fraser, Esq.**
Fla. Bar No. 625825
Email: steven.fraser.esq@gmail.com
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766