UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

CASE NO.: 1:15-23028-RNS

JULIO ANTONIO SILVA, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
            Plaintiff, )
vs. )
)
PRO TRANSPORT, INC.; OSCAR )
ACHARANDIO; TONY MENENDEZ, )
)
           Defendants. )
_____ )

**MOTION FOR EXTENSION OF TIME FILE A RESPONSE TO DEFENDANTS'
MOTION TO ABATE**

    Plaintiff, by and through undersigned counsel, pursuant to Local Rule 7.1, hereby files this Motion of Time to file a Response to Defendants Motion to Abate requests an entry of an order granting the above-described motion ("Motion for Extension"), and as good cause states:

    1.    Plaintiff, prior to the transfer was ordered to file response to the Motion for Summary Final Judgment. That response is due November 7, 2015.

    2.    Plaintiff is unable to timely file a response due professional obligations in other matters. An attorney who assisted with much of the paperwork and case preparation has moved on and is no longer around at the firm.

    3.    This request will not impact the currently set trial calendar.

**MEMORANDUM OF LAW**

The Court has discretion to grant enlargements, although the Court takes into consideration whether the request will impact the trial calendar and the reasons. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

Wherefore, Plaintiff respectfully requests an extension of time through and until this Friday December 11, 2015.

### CERTIFICATE OF GOOD FAITH

Plaintiff has reached out to opposing counsel via email the evening of December 7, 2015, and has not yet received a response.

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015 I electronically filed Plaintiffs Motion for Extension of Time to File a Response to Defendants' Motion to Abate with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s/Steven C. Fraser  
Steven C. Fraser, Esq.
Fla. Bar No. 625825
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street #605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

### SERVICE LIST

**Via cm/ECF**

J. Ruiz, Esq.
Richard Greiffenstein, Esq.
Carlos Zumpano, Esq.
Zumpano Castro, LLC
Counsel for Defendants
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
(305) 503-2990