IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JULIO ANTONIO SILVA and all others similarly situated under 29 U.S.C. 216(b),<br><br>   Plaintiff,<br><br>vs.<br><br>PRO TRANSPORT, INC., OSCAR ACHARANDIO, TONY MENENDEZ,<br><br>   Defendants. | CIVIL ACTION NO. 15-cv-23028-RNS |

**DEFENDANTS' CONSOLIDATED RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STAY ACTION/ABATE AND MOTION FOR SUMMARY JUDGMENT**

Defendants, PRO TRANSPORT, INC., OSCAR ACHARANDIO and TONY MENENDEZ ("Defendants"), by and through undersigned counsel and pursuant to Local Rule 7.1, hereby file this Consolidated Response to Plaintiff's Motion for Extension of Time to File a Response to Defendants' Motion for Summary Final Judgment [D.E. 25] (the "MFE- Summary") and Motion for Extension of Time to File a Response to Defendants' Motion to Abate [D.E. 24] (the "MFE- Abate")(collectively the "Motions"), and in support thereof state as follows:

  1.  Plaintiff has filed the two motions mentioned above to extend the time to respond to pending motions.

  2.  The MFE-Abate [D.E. 24] was filed prior to the deadline for the response to the Motion to Stay Action/Abate [D.E. 23] was to be filed; however, the MFE- Summary [D.E. 25] was field three days after the response to the Motion for Summary Judgment [D.E. 21] was due.

3.  According to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, if the motion is made after the time has expired, the court can grant the extension if the party failed to act because of excusable neglect; however the MFE- Summary [D.E. 25] does not list any excusable neglect.

4.  Defendants did not have an opportunity to agree with the relief sought as the request came after 7 p.m. and shortly before the Motions were filed.

5.  Defendants, however, do not object to the relief requested, namely the extension of time.

WHEREFORE, Defendants PRO TRANSPORT, INC., OSCAR ACHARANDIO and TONY MENENDEZ, respectfully request that, in order to preserve judicial resources and the resources of the parties, the Court enter an Order as it may deem just, necessary and proper.

Respectfully submitted,

**ZUMPANO CASTRO, LLC**
*Counsel for Defendants*
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
Telephone:  (305) 503-2990
Facsimile:  (305) 774-5908
Email: Carlos.Zumpano@ZumpanoCastro.com
Email: Joseph.Ruiz@ZumpanoCastro.com

By: */s/ Joseph Ruiz*
    Carlos A. Zumpano, Esq.
    Florida Bar No. 184240
    Joseph R. Ruiz, Esq.
    Florida Bar No. 65732

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10, day of December 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joseph Ruiz*
Joseph Rene Ruiz, Esq.

## SERVICE LIST
1:15-cv-23028 RNS

**J.H. Zidell, Esq.**
Fla. Bar No. 0010121
Email: zabogado@aol.com
**Steven C. Fraser, Esq.**
Fla. Bar No. 625825
Email: steven.fraser.esq@gmail.com
*Attorneys for Plaintiff*
J.H. ZIDELL, P.A.A
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766