UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-23028-RNS

| | |
|---|---|
| JULIO ANTONIO SILVA, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| PRO TRANSPORT, INC.; OSCAR ACHARANDIO; TONY MENENDEZ, | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## NOTICE OF FILING AFFIDAVIT

Plaintiff Julio Antonio Silva, by and through his undersigned counsel, hereby files his notice of filing affidavit, and requests that this Court consider it in regard to his opposition to Defendants' Motion for Summary Judgment [DE 21].

[CONTINUED ON THE FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2015, I electronically filed the above. I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

      J.H. Zidell, Esq.

      J.H. Zidell, P.A.
      Attorney For Plaintiff
      300 71st Street, Suite 605
      Miami Beach, Florida 33141
      Tel: (305) 865-6766
      Fax: (305) 865-7167
      E-mail: zabogado@aol.com

      By:__/s/ J.H. Zidell_____
         J.H. Zidell, Esq.
       Florida Bar Number: 0010121

## SERVICE LIST

<u>Via cm/ECF</u>
Richard Greiffenstein, Esq.
Zumpano Castro, LLC
Counsel for Defendants
500 South Dixie Highway, Suite 302
Coral Gables, Florida 33146
(305) 503-2990