## AFFIDAVIT OF JULIO ANTONIO SILVA

STATE OF FLORIDA        )
                        )  S.S.:
COUNTY OF MIAMI DADE    )

1. I originally hired Zandro E. Palma in order to represent me against Pro Transport, Inc. I never actually met with him.

2. As I understand Mr. Palma sent me out a demand letter on April 23, 2014. I would go to his office to follow-up on this case, but he did not inform me of any progress. Eventually, he told me that he did not want to take the case because I did not have a claim.

3. In October of 2014, I hired Mary Reyes to represent me in a bankruptcy. I remember her asking me about my assets, but I did not know that the claim in overtime was an asset that needed to be reported. At this time, Mr. Palma was no longer was representing me.

4. After seeing a commercial for J. H. Zidell, P.A., I asked that firm about the possibility of filing a claim. I did not inform J.H. Zidell, P.A. about my concurrent bankruptcy case because I did not know that it was relevant.

5. I swear under the penalty of perjury that the above is true and correct.

[Continued on the Following Page]

Initials _JS_ _JAS_

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 15th day of December, 2015.

_____
AFFIANT
JULIO ANTONIO SILVA

The foregoing instrument was sworn to and subscribed before me, on this 15th day of December, 2015, by JULIO ANTONIO SILVA, who has produced - DRiVER License   S-410-421-56-056-0   as identification.

_____
NOTARY PUBLIC, State of Florida

ANA M. BACALLAO
MY COMMISSION # FF 167276
EXPIRES: October 9, 2018
Bonded Thru Notary Public Underwriters

### INTERPRETER'S ACKNOWLEDGEMENT:

On December 15, 2015, __I__ (AB) ~~personally known to me~~, affirmed that the foregoing was translated for Julio Antonio Silva and that he fully understood and affirmed the contents of the foregoing.

_____
(Interpreter's Signature)

Initials  JAS

