United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julio Antonio Silva, and others, Plaintiffs<br><br>v.<br><br>Pro Transport, Inc., and others, Defendants | )<br>)<br>)<br>) Civil Action No. 15-23028-Civ-Scola<br>)<br>) |

## Judgment

The Court has granted summary judgment. (Order, ECF No. 27.) The Court now enters judgment in favor of the Defendants and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied as moot**.

**Done and ordered** at Miami, Florida on January 11, 2016.

_____
Robert N. Scola, Jr.
United States District Judge