United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julio Antonio Silva, and others, <br> Plaintiffs <br><br> v. <br><br> Pro Transport, Inc., and others, <br> Defendants | ) <br> ) <br> ) <br> ) Civil Action No. 15-23028-Civ-Scola <br> ) <br> ) <br> ) |

**Order Referring Motion To Magistrate Judge**

The Court **refers** the Defendants' Motion for Sanctions (ECF No. 40) to United States Magistrate Judge Alicia M. Otazo-Reyes for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** at Miami, Florida on March 24, 2016.

_____
Robert N. Scola, Jr.
United States District Judge