# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

JULIO ANTONIO SILVA
V.
PRO TRANSPORT, INC.,

**EXHIBIT AND WITNESS LIST**

Case Number: 15-23028-CV-SCOLA

| PRESIDING JUDGE<br>Alicia M. Otazo-Reyes | | | PLAINTIFF'S ATTORNEY<br>Antonio Castro, Joseph R. Ruiz | | DEFENDANT'S ATTORNEY<br>Joshua H. Sheskin |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER<br>Gizella Bann-Proulx | | COURTROOM DEPUTY<br>Rehan Ahmad |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | X | 5/24/2016 | Defendants' Motion for Sanctions and Incorporated Memorandum of Law [D.E. 40] |
| 2 | | | X | 5/24/2016 | Defendants' Motion for Rule 11 Sanctions against Plaintiff and Incorporated Memorandum of Law [D.E. 41] |
| 3 | | | X | 5/24/2016 | Plaintiff's Response to Defendants Motion for Sanctions and Motion for Rule 11 Sanctions [D.E. 40 & 41] |
| 4 | | | X | 5/24/2016 | Defendants' Reply in Support of Defendants' Motions for Sanctions and Incorporated Memorandum of Law |
| 5 | | | X | 5/24/2016 | Defendants' Motion for Summary Judgment and for Sanctions |
| 6 | | | X | 5/24/2016 | Plaintiff's Response in Opposition to Defendants Motion for Summary Judgment |
| 7 | | | X | 5/24/2016 | Plaintiff's Affidavit |
| 8 | | | X | 5/24/2016 | Defendants' Reply in Support of Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law |
| 9 | | | X | 5/24/2016 | Order Granting Motion for Summary Judgment |
| 10 | | | X | 5/24/2016 | Paperless Order [D.E. 47] |
| 11 | | | X | 5/24/2016 | Complaint |
| 12 | | | X | 5/24/2016 | U.S. Bankruptcy Court Docket [Case No.: 14-33923-LMI] |
| 13 | | | X | 5/24/2016 | Voluntary Petition |
| 14 | | | X | 5/24/2016 | Summary of Schedules |
| 15 | | | X | 5/24/2016 | Order Confirming Chapter 13 Plan |
| 16 | | | X | 5/24/2016 | Final Report of Loss Mitigation Mediator |
| 17 | | | X | 5/24/2016 | Amended Bankruptcy Schedule |
| 18 | | | X | 5/24/2016 | Statement of Claim [D.E. 7] |
| 19 | | | X | 5/24/2016 | Amended Statement of Claim [D.E. 11] |
| 20 | | | X | 5/24/2016 | Motion for Extension to Respond to MSJ [D.E. 25] |
| 21 | | | X | 5/24/2016 | Response to Motion for Extension to Respond to MSJ [D.E. 26] |
| 22 | | | X | 5/24/2016 | Motion for Extension to Respond to MSJ Nunc Pro Tunc [D.E. 29] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | JULIO ANTONIO SILVA  vs.  PRO TRANSPORT, INC.,  CASE NO. 15-23028 |
| 23 | | | X | 5/24/16 | Nunc Pro Tunc Motion for Extension to Respond to Sanctions [D.E. 44] |
| 24 | | | X | 5/24/16 | Response to Nunc Pro Tunc Motion for Extension to Respond to Sanctions [D.E. 45] |
| 25 | | | X | 5/24/16 | Verified Motion in Bankruptcy Court on 9/3/15 |
| 26 | | | X | 5/24/16 | Motion to Stay [D.E 23] |
| 27 | | | X | 5/24/16 | Response In Oppisition [D.E 33] |
| | | | | 5/24/16 | Julio Antonio Siva Sworn and Testified |

Page  2  of  2  Pages