

ZUMPANO CASTRO
ATTORNEY AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  25638

**Date:**

8/31/2015

**Terms:**

Due on receipt



PAID
12/07/2015

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2015 | CAZ | Communicate with Mike Shelley and review and assess complaint. | 0.5 | 250.00 | 125.00 |
| 8/14/2015 | RG | Review emails with client regarding complaint filed in federal court and client documents | 0.7 | 195.00 | 136.50 |
| 8/15/2015 | CAZ | Review and assess communication from Mike Shelley. | 0.2 | 250.00 | 50.00 |
| 8/17/2015 | CAZ | Prepare for and conference with Mike Shelley and Richard G.; follow-up communication. | 1.3 | 250.00 | 325.00 |
| 8/17/2015 | RG | Review file, prepare for and participate in call with client's attorney regarding recent complaint filed in federal court; review email from client summarizing same | 1.0 | 195.00 | 195.00 |
| 8/19/2015 | RG | Exchange email with M. Shelley regarding service of process | 0.1 | 195.00 | 19.50 |
| 8/20/2015 | RG | Exchange emails with M. Shelley regarding service of summons; telephone calls to opposing counsel regarding service of summons | 0.5 | 195.00 | 97.50 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $948.50 |
| **Payments/Credits** | -$948.50 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



ZUMPANO
CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Invoice #  25912**

**Date:**

9/30/2015

**Terms:**

Due on receipt

**PAID**
**10/13/2015**

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2015 | CAZ | Assess response time and handling matter. | 0.1 | 250.00 | 25.00 |
| 9/2/2015 | RG | Exchange email with co-counsel regarding response to complaint | 0.2 | 195.00 | 39.00 |
| 9/8/2015 | RG | Draft motion for extension of time to respond to complaint; exchange emails with M. Shelley regarding strategy call | 0.4 | 195.00 | 78.00 |
| 9/9/2015 | RG | Exchange emails with M. Shelley regarding strategy meeting | 0.2 | 195.00 | 39.00 |
| 9/10/2015 | CAZ | Review and assess statement of claim and handling matter. | 0.3 | 250.00 | 75.00 |
| 9/10/2015 | RG | Exchange emails with opposing counsel regarding extension of time to respond to complaint; draft and file motion for extension of time | 0.5 | 195.00 | 97.50 |
| 9/10/2015 | RG | Review email from opposing counsel enclosing statement of claim; assess same | 0.3 | 195.00 | 58.50 |
| 9/11/2015 | RG | Review of order on motion for extension of time, notice of compliance with order regarding statement of claim | 0.2 | 195.00 | 39.00 |
| 9/14/2015 | CAZ | Prepare for and attend meeting with Mike Shelley and client. | 1.4 | 250.00 | 350.00 |
| 9/14/2015 | GO | Conduct case law research re motor carrier exemption. | 2.4 | 205.00 | 492.00 |
| 9/14/2015 | RG | Assess potential EPLI policy coverage for FLSA claim | 0.2 | 195.00 | 39.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



ZUMPANO CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



PAID
10/13/2015

# Invoice # 25912

**Date:**

9/30/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/14/2015 | GO | Conduct case law research re requirements for being considered an employer under FLSA. | 2.3 | 205.00 | 471.50 |
| 9/14/2015 | RG | Prepare for and attend meeting with Mike Shelley and client. | 1.2 | 195.00 | 234.00 |
| 9/15/2015 | RG | Discuss with G. Del Amo availability of motor carrier exemption for professional management group | 0.3 | 195.00 | 58.50 |
| 9/15/2015 | GO | Conference with atty R Greiffenstein re issues with exemptions. | 0.3 | 205.00 | 61.50 |
| 9/17/2015 | RG | Receipt and review of amended statement of claim | 0.3 | 195.00 | 58.50 |
| 9/21/2015 | RG | Draft email to client regarding amended statement of claim and strategy for responding to complaint | 0.5 | 195.00 | 97.50 |
| 9/22/2015 | GO | Research case law re FLSA applicability to co employer/staffing co. | 2.8 | 205.00 | 574.00 |
| 9/22/2015 | CAZ | Assess matter, handling and communicate with Mike Shelley and client. | 1.4 | 250.00 | 350.00 |
| 9/22/2015 | RG | Conduct legal research regarding potential Pro Transport as employer for FLSA purposes; exchange emails and telephone call with client and M. Shelley regarding case strategy; discuss with C. Zumpano | 1.8 | 195.00 | 351.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Invoice # 25912**

**Date:**

9/30/2015

**Terms:**

Due on receipt

PAID
10/13/2015

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/25/2015 | RG | Assess legal research regarding claiming Pro Transport as employer for FLSA purposes; draft answer and affirmative defenses; exchange emails with M. Shelley regarding same; file answer and affirmative defenses | 3.8 | 195.00 | 741.00 |
| 9/25/2015 | GO | Review and research FLSA applicability; conference with atty R Greiffenstein re research on same. | 0.8 | 205.00 | 164.00 |
| 9/25/2015 | RG | Draft email to S. Finlay requesting employee handbook receipt acknowledgment | 0.1 | 195.00 | 19.50 |
| 9/28/2015 | CAZ | Assess matter and handling and communicate with Mike Shelley; discuss arbitration avenue. | 0.5 | 250.00 | 125.00 |
| 9/28/2015 | RG | Prepare for and conduct conference call with C. Zumpano and M. Shelley regarding case strategy and arbitration | 0.5 | 195.00 | 97.50 |
| 9/28/2015 | RG | Receipt and review of employee acknowledgement form with arbitration clause; assess potential enforcement of same and discuss with C. Zumpano | 0.2 | 195.00 | 39.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $4,774.50 |
| **Payments/Credits** | -$4,774.50 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



ZUMPANO CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Invoice #  26120**

**Date:**

10/31/2015

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/2015 | RG | Review file, draft response to Plaintiff's amended statement of claim, file same via CM/ECF | 0.8 | 195.00 | 156.00 |
| 10/5/2015 | CAZ | Assess handling matter and communications concerning scheduling order. | 0.3 | 250.00 | 75.00 |
| 10/5/2015 | ACC | Attention to status and strategy; conferences with R. Greiffenstein, J. Ruiz and C. Zumpano regarding same. | 0.4 | 250.00 | 100.00 |
| 10/7/2015 | CAZ | Assess matter and update client. | 0.3 | 250.00 | 75.00 |
| 10/7/2015 | RG | Receipt and review of Plaintiff's documents included in Rule 26 disclosure | 0.3 | 195.00 | 58.50 |
| 10/7/2015 | ACC | Conference with R. Greiffenstein and C. Zumpano regarding factual background, defenses, exemption. | 0.8 | 250.00 | 200.00 |
| 10/8/2015 | JR | Reviewed and amended draft joint scheduling report. Discussed with R. Greiffenstein. Researched motor carrier exemption. | 1.6 | 205.00 | 328.00 |
| 10/9/2015 | JR | Attention to Joint Scheduling report. Communicated with opposing counsel and discussed JSR with C. Zumpano and R. Greiffenstein. Prepared and sent litigation hold/ record retention policy. | 3.1 | 205.00 | 635.50 |
| 10/9/2015 | CAZ | Assess joint scheduling report matters and follow up with Mike Shelley. | 0.6 | 250.00 | 150.00 |
| 10/9/2015 | RG | Draft edits to proposed joint scheduling report | 0.5 | 195.00 | 97.50 |

REVISED INVOICE

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26120

**Date:**

10/31/2015

**Terms:**

Due on receipt



PAID
12/07/2015

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/9/2015 | GO | Review of pleading. Begin preparation of Discovery Requests. | 0.9 | 205.00 | 184.50 |
| 10/9/2015 | ACC | Attention to case summary. | 0.1 | 250.00 | 25.00 |
| 10/12/2015 | JR | Receive and review communication from client representative. Review draft pleading. Review statement of claim and compiling time logs spreadsheet. | 3.1 | 205.00 | 635.50 |
| 10/12/2015 | CAZ | Assess comments to joint scheduling report from Mike Shelley and follow-up. | 0.3 | 250.00 | 75.00 |
| 10/13/2015 | GO | Preparation of discovery | 1.2 | 205.00 | 246.00 |
| 10/13/2015 | CAZ | Assess handling joint scheduling report and communicate with Mike Shelley. | 0.7 | 250.00 | 175.00 |
| 10/13/2015 | JR | Prepare for and attend conference call with client and discussion with C. Zumpano about same. | 1.3 | 205.00 | 266.50 |
| 10/14/2015 | JR | Reviewed, edited and resent Joint Scheduling Report. Discussed with A. Castro and C. Zumpano. | 1.0 | 205.00 | 205.00 |
| 10/14/2015 | CAZ | Assess and prepare joint scheduling report. | 0.4 | 250.00 | 100.00 |
| 10/14/2015 | RG | Assess final edits to proposed joint scheduling report | 0.2 | 195.00 | 39.00 |
| 10/14/2015 | ACC | Attention to proposed joint scheduling report. | 0.3 | 250.00 | 75.00 |
| 10/15/2015 | CAZ | Prepare joint scheduling report. | 0.4 | 250.00 | 100.00 |
| 10/15/2015 | ACC | Review draft scheduling report; attention to conformity with applicable rules of procedure; conference with J. Ruiz regarding same; attention to response by M. Shelley. | 0.8 | 250.00 | 200.00 |

REVISED INVOICE

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 26120

**Date:**

10/31/2015

**Terms:**

Due on receipt

PAID
12/07/2015

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2015 | JR | Amend and resend JSR to client representative. | 1.2 | 205.00 | 246.00 |
| 10/16/2015 | JR | Revised JSR based on client input. Communicated with opposing counsel and A. Castro about same. | 1.3 | 205.00 | 266.50 |
| 10/16/2015 | ACC | Conferences with J. Ruiz regarding draft scheduling report; attention to contested issues and uncontested facts. | 0.4 | 250.00 | 100.00 |
| 10/19/2015 | CAZ | review and assess communication from opposing counsel to joint scheduling report. | 0.2 | 250.00 | 50.00 |
| 10/19/2015 | JR | Received and reviewed amended JSR. Discussed same with A. Castro and C. Zumpano. | 1.3 | 205.00 | 266.50 |
| 10/19/2015 | ACC | Conferences with C. Zumpano and J. Ruiz regarding strategy, discovery, attention to applicable exemption; conference with J. Ruiz regarding joint scheduling report and initial disclosures; attention to revisions by opposing counsel to JSR. | 0.8 | 250.00 | 200.00 |
| 10/19/2015 | GO | Conference with atty J Ruiz re Motion to Compel. | 0.3 | 205.00 | 61.50 |
| 10/20/2015 | JR | Exchanged communications with opposing counsel and client representative. Discussed potential resolutions and strategy with A. Castro. | 1.9 | 205.00 | 389.50 |
| 10/20/2015 | CAZ | Assess joint scheduling report filing and handling matter. | 0.3 | 250.00 | 75.00 |

| REVISED INVOICE | Invoice Total | |
|---|---|---|
| | **Payments/Credits** | |
| | **Invoice Balance** | |
| | **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**PAID 12/07/2015**

# Invoice # 26120

**Date:**

10/31/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2015 | ACC | Attention to factual background, settlement strategy; conferences with J. Ruiz and C. Zumpano regarding same; attention to scheduling order. | 0.7 | 250.00 | 175.00 |
| 10/21/2015 | CAZ | Review and assess discovery and initial disclosures email from opposing counsel and handling. | 0.4 | 250.00 | 100.00 |
| 10/21/2015 | GO | Conduct research re Motion to Compel response. | 0.7 | 205.00 | 143.50 |
| 10/23/2015 | CAZ | Assess status of mater and handling | 0.3 | 250.00 | 75.00 |
| 10/23/2015 | JR | Prepared initial disclosures. Discussed same with A. Castro and conference call with client. | 4.2 | 205.00 | 861.00 |
| 10/23/2015 | ACC | Attention to exceptions to motor carrier exemption; review Fact Sheet #19 in connection with same; receive and review documents from C. Zumpano; attention to Rule 26 disclosures. (Courtesy discount 0.6 hours) | 1.0 | 250.00 | 250.00 |
| 10/26/2015 | CAZ | Assess motor carrier exemption communications. | 0.2 | 250.00 | 50.00 |
| 10/26/2015 | JR | Exchanged multiple communications with client about exemption issues. (Courtesy discount 0.4 hours) | 0.6 | 205.00 | 123.00 |

| REVISED INVOICE | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO** *ATTORNEYS AT LAW*

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



# Invoice #  26120

**Date:**

10/31/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2015 | ACC | Attention to Section 13(b)(1) exemption and exception and conference with J. Ruiz regarding application of same, job description, weight of trucks. | 0.4 | 250.00 | 100.00 |
| 10/27/2015 | JR | Discussed case with C. Zumpano and sent communication to client representative. | 0.5 | 205.00 | 102.50 |
| 10/27/2015 | ACC | Attention to defendant's disclosures and scheduling order, and correspondence with M. Shelley regarding same. | 0.1 | 250.00 | 25.00 |
| 10/31/2015 | Admin | Additional Courtesy discount (20%) | | -1,572.40 | -1,572.40 |

| REVISED INVOICE | | |
|---|---|---|

| | |
|---|---|
| **Invoice Total** | $6,289.60 |
| **Payments/Credits** | -$6,289.60 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 26341

**Date:**

11/30/2015

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/3/2015 | ACC | Attention to discovery schedule; confer with C. Zumpano regarding same. Attention to discovery schedule; confer with C. Zumpano regarding same. | 0.2 | 250.00 | 50.00 |
| 11/5/2015 | CAZ | Assess handling matter and communications with client and Mike Shelley. | 0.8 | 250.00 | 200.00 |
| 11/5/2015 | ACC | Attention to scheduling of defendants' depositions, correspondence with opposing counsel regarding same; confer with J. Ruiz regarding same, deadline to amend parties. | 0.4 | 250.00 | 100.00 |
| 11/5/2015 | JR | Exchange various communications with opposing counsel and client about deposition dates and areas of knowledge for corporate rep. Research scope issue and discuss with A. Castro. | 1.3 | 205.00 | 266.50 |
| 11/6/2015 | CAZ | Further communication and assessment of investigation matters. | 0.3 | 250.00 | 75.00 |
| 11/6/2015 | CAZ | Assess matter and multiple communications with client and Mike Shelley. | 0.9 | 250.00 | 225.00 |
| 11/6/2015 | ACC | Attention to safety of operation, guidelines, concerns regarding tires; review pleadings, attention to draft discovery requests and conferences with J. Ruiz regarding same; attention to definition of mechanic, potential multiple SSN's for claimant; attention to WC claims; conferences with C. Zumpano regarding discovery status and strategy. | 2.7 | 250.00 | 675.00 |

| REVISED INVOICE | Invoice Total | |
|---|---|---|
| | **Payments/Credits** | |
| | **Invoice Balance** | |
| | **Total Customer Balance** | |

 **ZUMPANO CASTRO**

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



# Invoice #  26341

**Date:**

11/30/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/6/2015 | JR | Drafting of initial discovery requests. Discussed with A. Castro. Receive and review various communications with client. | 3.7 | 205.00 | 758.50 |
| 11/7/2015 | CAZ | Assess bankruptcy filing and handling matter and discovery to serve. | 0.5 | 250.00 | 125.00 |
| 11/9/2015 | CAZ | Review, assess and finalize discovery. | 0.4 | 250.00 | 100.00 |
| 11/9/2015 | ACC | Attention to correspondence regarding plaintiff's bankruptcy filings, attention to draft interrogatories to plaintiff, correspondence with opposing counsel regarding deposition, FLSA jurisdiction; conferences with J. Ruiz regarding discovery status and strategy. | 0.5 | 250.00 | 125.00 |
| 11/9/2015 | JR | Amended discovery requests  based on client input and sent same to client. discussed with A. Castro. Also communicated proposed discovery responses. | 2.7 | 205.00 | 553.50 |
| 11/10/2015 | CAZ | Assess and investigate bankruptcy related matters and follow-up with client; review notices of depositions. | 1.8 | 250.00 | 450.00 |
| 11/10/2015 | JR | Receive and review various emails about potential for summary judgment. (Courtesy discount 0.9 hours) | 0.9 | 205.00 | 184.50 |
| REVISED INVOICE | | | | | |

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**PAID**
**12/07/2015**

# Invoice #  26341

**Date:**

11/30/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2015 | ACC | Conference with J. Ruiz regarding pending discovery responses, outbound discovery; attention to correspondence with M. Shelley, bankruptcy filings; attention to correspondence regarding effect of bankruptcy on pending action, attorneys' fees; attention to notices of depositions. | 0.2 | 250.00 | 50.00 |
| 11/11/2015 | DEZ | Confer with attny Zumpano re: MTD; review communications from Andy Herron and attny Zumpano re: same; research re: same; commence drafting MSJ; document review for same | 4.6 | 250.00 | 1,150.00 |
| 11/11/2015 | CAZ | Review and assess handling matter and potential motion for judgment on the pleadings, summary judgement and communicate with team. | 1.5 | 250.00 | 375.00 |
| 11/11/2015 | ACC | Attention to effect of bankruptcy filings on current claim; attention to correspondence with A. Herron, cited case law. | 0.4 | 250.00 | 100.00 |
| 11/12/2015 | DEZ | Communication to attny Zumpano re: MSJ; attention to response to same by attny Herron; confer with attny Castro re: MSJ and Rule 11 motion; research for MSJ; continued drafting of MSJ; document review for same | 5.8 | 250.00 | 1,450.00 |

| REVISED INVOICE | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



## Invoice # 26341

**500 S. Dixie Highway**
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Date:**

11/30/2015

**Terms:**

Due on receipt

PAID 12/07/2015

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2015 | CAZ | Assess handling of potential dispositive motion, discovery and sanctions against other side; communicate with Mike Shelley and Andy Herron concerning matter. | 0.8 | 250.00 | 200.00 |
| 11/12/2015 | ACC | Attention to motion for fraud upon the court, judicial estoppel, sanctions, motion to abate discovery; conferences with C. Zumpano and D. Zumpano regarding same; attention to Federal Rule 11. | 2.8 | 250.00 | 700.00 |
| 11/13/2015 | DEZ | Drafting and final revisions to MSJ; document review re: same; research re: same; confer with attny Castro re: Rule 11 sanctions and inclusion of same in MSJ; communications to attny Castro and attny Zumpano re: MSJ and Rule 11 sanctions | 4.2 | 250.00 | 1,050.00 |
| 11/13/2015 | CAZ | Review and assess communication from opposing counsel concerning mediation, follow-up with client and Mike Shelley; review multiple communications concerning MSJ, motion to abate and Rule 11. | 0.6 | 250.00 | 150.00 |
| 11/13/2015 | ACC | Draft motion to abate action/stay discovery and section on sanctions; attention to draft motion for summary judgment. | 7.5 | 250.00 | 1,875.00 |
| 11/14/2015 | CAZ | Evening review and assessment of motion for summary judgment and motion to abate. | 0.4 | 250.00 | 100.00 |

| REVISED INVOICE | Invoice Total | |
|---|---|---|
| | **Payments/Credits** | |
| | **Invoice Balance** | |
| | **Total Customer Balance** | |



**ZUMPANO CASTRO**

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26341

**Date:**

11/30/2015

**Terms:**

Due on receipt

*PAID 12/07/2015*

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2015 | DEZ | Revisions to MSJ; attention to Exhibits re: same and document review for same; confer with attny Ruiz re: same; communication to attny Castro, attny Zumpano and attny Ruiz re: final MSJ | 1.5 | 250.00 | 375.00 |
| 11/16/2015 | CAZ | Communicate with client and assess motion to stay and msj. | 0.5 | 250.00 | 125.00 |
| 11/16/2015 | ACC | Attention to draft motion for summary judgment and exhibits; conference with J. Ruiz regarding same. | 0.4 | 250.00 | 100.00 |
| 11/16/2015 | JR | Continued amending and drafting motion for summary judgment. Discussed same with C. Zumpano and A. Castro. compiled documents for exhibits. Sent drafts to client for review. | 4.2 | 205.00 | 861.00 |
| 11/17/2015 | DEZ | Attention to revisions to MSJ by attny Herron; provide final revisions to same to attny Ruiz; attention to communications from attny Shelley re: sanctions; confer with attny Castro re: same | 0.9 | 250.00 | 225.00 |
| 11/17/2015 | CAZ | Assess final draft of motions for summary judgment and motion to abate. | 0.8 | 250.00 | 200.00 |
| 11/17/2015 | RA | Legal research and case law analysis regarding attorney's fees as a sanction. | 0.2 | 195.00 | 39.00 |

| REVISED INVOICE | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



ZUMPANO CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



**Invoice #  26341**

**Date:**

11/30/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2015 | ACC | Revise sanctions section of summary judgment motion; attention to motion for sanctions, case law regarding Rule 11 and court's inherent powers to impose sanctions; conferences with J. Ruiz regarding summary judgment motion, revisions; revise and finalize motion to stay action and abate discovery; attention to proposed redactions to demand letter and confidentiality considerations. | 7.5 | 250.00 | 1,875.00 |
| 11/17/2015 | JR | Various communications with clients and A. Castro and C. Zumpano. Amended, finalized and filed the motion for summary judgment. Drafted the motion to stay/abate action. | 3.7 | 205.00 | 758.50 |
| 11/18/2015 | ACC | Attention to filing of motion to abate action and stay discovery, and conference with opposing counsel; correspondence and conference with J. Ruiz regarding same. | 0.3 | 250.00 | 75.00 |
| 11/19/2015 | CAZ | Assess status and handling and communicate with Joseph Ruiz and Mike Shelley. | 0.4 | 250.00 | 100.00 |
| REVISED INVOICE | | | | | |

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



# ZUMPANO CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Invoice #  26341**

**Date:**

11/30/2015

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/19/2015 | ACC | Conferences with J. Ruiz and C. Zumpano regarding motion to abate action, stay discovery; attention to potential motion for enlargement of time and applicable rules and procedures, effect of filing and expedited discovery briefing schedule; review final draft of motion to abate/stay; attention to filing of same, correspondence with M. Shelley. | 1.2 | 250.00 | 300.00 |
| 11/19/2015 | JR | Sent motion to stay to opposing counsel for conferral. finalized and filed same. | 1.4 | 205.00 | 287.00 |
| 11/19/2015 | CAZ | Assess status and handling and communicate with Joseph Ruiz and Mike Shelley. | 0.3 | 250.00 | 75.00 |
| 11/20/2015 | ACC | Attention to effect of filing motion for stay and conference with J. Ruiz, correspondence with M. Shelley regarding same. | 0.2 | 250.00 | 50.00 |
| 11/23/2015 | ACC | Draft motion for Rule 11 sanctions; review motion for summary judgment and Rule 11 case law, authority. | 2.3 | 250.00 | 575.00 |
| 11/24/2015 | ACC | Continue draft motion for Rule 11 sanctions; attention to service of same on opposing counsel. | 2.8 | 250.00 | 700.00 |
| 11/25/2015 | RA | Legal research in support of Rule 11 sanctions; review motion for sanctions for citations. | 1.0 | 195.00 | 195.00 |

| REVISED INVOICE | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



ZUMPANO CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**PAID**
**12/07/2015**

**Date:**

11/30/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/25/2015 | ACC | Attention to cited authority, conferences with R. Arce regarding same; revise and finalize Rule 11 motion; attention to transmittal correspondence; conferences with J. Ruiz regarding finalization and service of same. | 4.8 | 250.00 | 1,200.00 |
| 11/25/2015 | JR | Reviewed and amended the Motion for Rule 11 sanctions with A. Castro. Sent communications to the client with same. | 3.3 | 205.00 | 676.50 |
| 11/27/2015 | CAZ | Review email from client, motion for sanctions (Rule 11) and communicate concerning same with Joe Ruiz. | 0.4 | 250.00 | 100.00 |
| 11/27/2015 | ACC | Attention to service of Rule 11 motion. | 0.2 | 250.00 | 50.00 |
| 11/27/2015 | JR | Finalized and sent out Motion for Rule 11 Sanctions. | 1.0 | 205.00 | 205.00 |
| 10/31/2015 | | Westlaw charge - October | | 19.33 | 19.33 |
| 11/30/2015 | Admin | Courtesy discount | | -1,500.00 | -1,500.00 |
| 11/30/2015 | Admin | Additional Courtesy discount (20%) | | -3,750.87 | -3,750.87 |

REVISED INVOICE

| | |
|---|---|
| **Invoice Total** | $15,003.46 |
| **Payments/Credits** | -$15,003.46 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



**Z|C** ZUMPANO CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26548

**Date:**

12/31/2015

**Terms:**

Due on receipt

**PAID 02/01/2016**

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/1/2015 | GO | Research re Julio Silvia. | 1.0 | 205.00 | 205.00 |
| 12/1/2015 | ACC | Attention to plaintiff's SSN in payroll records and bankruptcy proceedings; confirm identity. | 0.6 | 250.00 | 150.00 |
| 12/5/2015 | JR | Communicated with client representative and reviewed docket. | 0.6 | 205.00 | 123.00 |
| 12/7/2015 | JR | Receive and review various communications about tardy responses. Receive and review motions for extension of time. | 1.4 | 205.00 | 287.00 |
| 12/8/2015 | CAZ | Assess handling of motions for extension. | 0.3 | 250.00 | 75.00 |
| 12/8/2015 | JR | Exchanged communications about course of action and extension requests. | 0.8 | 205.00 | 164.00 |
| 12/10/2015 | ACC | Attention to proposed orders on plaintiff motion for extension of time. | 0.1 | 250.00 | 25.00 |
| 12/10/2015 | JR | Prepared and filed a response to the motion for extension of time. | 1.8 | 205.00 | 369.00 |
| 12/11/2015 | JR | Received and reviewed paperless order. Communicated same to client and discussed same with C. Zumpano. | 0.4 | 205.00 | 82.00 |
| 12/12/2015 | CAZ | Assess motion for extension and response to motion for summary judgment. | 0.7 | 250.00 | 175.00 |
| 12/13/2015 | JR | Receive and review response to Motion for Summary Judgment & Motion for extension Nun Pro Tunc. Researched issues presented. Communicated with clients about same and discussed course of action. | 1.2 | 205.00 | 246.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26548

**Date:**

12/31/2015

**Terms:**

Due on receipt

PAID
02/01/2016

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2015 | CAZ | Assess reply to response to motion for summary judgment; review and assess orders from court on motion for extension and concerning motion to abate. | 0.4 | 250.00 | 100.00 |
| 12/14/2015 | ACC | Review and annotate plaintiff's response in opposition to defendants' motion for summary judgment. (Courtesy discount 0.4 hours) | 0.0 | 250.00 | 0.00 |
| 12/14/2015 | JR | Exchanged various communications with client rep. | 0.7 | 205.00 | 143.50 |
| 12/17/2015 | JR | Communicated with opposing counsel about clients' not attending depositions after calls. | 0.5 | 205.00 | 102.50 |
| 12/21/2015 | JR | Drafting and preparing reply to the MSJ. | 7.9 | 205.00 | 1,619.50 |
| 12/22/2015 | ACC | Review and revise draft reply in support of motion for summary judgment; attention to plaintiff's affidavit. | 2.4 | 250.00 | 600.00 |
| 12/22/2015 | JR | Continued drafting and preparing reply to motion for summary judgement. | 2.6 | 205.00 | 533.00 |
| 12/23/2015 | ACC | Review and revise draft response in support of motion for summary judgment. (Courtesy discount 0.8 hours) | 0.0 | 250.00 | 0.00 |
| 12/23/2015 | JR | Amended and continued drafting reply. sent to client. | 2.6 | 205.00 | 533.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



# Invoice # 26548

**Date:**

12/31/2015

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/24/2015 | ACC | Attention to filing of reply in support of summary judgment, proposed edits, final version, and correspondence with client regarding same. (Courtesy discount 0.3 hours) | 0.0 | 250.00 | 0.00 |
| 12/24/2015 | JR | Exchanged communications with client rep. Finalized and filed reply. | 2.1 | 205.00 | 430.50 |
| 12/29/2015 | ACC | Attention to reply in support of motion to stay/abate discovery and incorporated memorandum of law. (Courtesy discount 0.2 hours) | 0.0 | 250.00 | 0.00 |
| 12/29/2015 | JR | Prepared and filed reply to motion to abate. | 3.1 | 205.00 | 635.50 |
| 11/30/2015 | | Westlaw charge - November | | 39.29 | 39.29 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $6,637.79 |
| **Payments/Credits** | -$6,637.79 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



ZUMPANO
CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 26762

**Date:**

1/31/2016

**Terms:**

Due on receipt

**PAID**
**06/17/2016**

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/7/2016 | JR | Review order from court. Discuss with C. Zumpano. Research same. Drafted interim joint status report. | 1.8 | 210.00 | 378.00 |
| 1/7/2016 | ACC | Assess strategy for filing joint interim status report. | 0.3 | 260.00 | 78.00 |
| 1/8/2016 | JR | Exchanged communications with client. Discussed with C. Zumpano. | 0.6 | 210.00 | 126.00 |
| 1/8/2016 | ACC | Review filing of joint status report and scheduling of mediation; attention to correspondence with client regarding same. | 0.2 | 260.00 | 52.00 |
| 1/11/2016 | JR | Review IJSR with A. Castro. Amend same. Communicate with opposing counsel. | 1.1 | 210.00 | 231.00 |
| 1/11/2016 | ACC | Review draft Joint Interim Scheduling Report, revisions to same. | 0.6 | 260.00 | 156.00 |
| 1/12/2016 | JR | Finalized and sent IJSR to client. Exchanged various communications with client about same. Communicated with opposing counsel about IJSR. | 1.9 | 210.00 | 399.00 |
| 1/12/2016 | ACC | Review draft Joint Interim Scheduling Report, potential mediation; attention to correspondence with M. Shelley. | 0.4 | 260.00 | 104.00 |
| 1/13/2016 | CAZ | Assess summary judgment and follow-up communications with client and Mike Shelley. | 0.7 | 260.00 | 182.00 |
| 1/13/2016 | JR | Review Order on MSJ and final judgment. Exchange various communications. Researched avenues for Sanctions. | 3.1 | 210.00 | 651.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



## ZUMPANO CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26762

**Date:**

1/31/2016

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/2016 | ACC | Review order on motion for summary judgment based on judicial estoppel, correspondence with client and M. Shelley; attention to next steps, briefing motion for sanction. | 0.3 | 260.00 | 78.00 |
| 1/21/2016 | JR | Research for motion for sanctions. Review filings and Rule 11. Begin drafting. | 1.5 | 210.00 | 315.00 |
| 1/22/2016 | JR | Researched and drafting of motion(s) for sanction. Discussed with C. Zumpano and A. Castro. | 1.9 | 210.00 | 399.00 |
| 1/25/2016 | JR | Continued researching and drafting Motion(s) for Sanctions. | 2.1 | 210.00 | 441.00 |
| 1/27/2016 | JR | Continue Drafting, researching and reviewing motion for sanction. Communicate with client and opposing counsel. Edit drafts and make corrections. Filed same. | 4.6 | 210.00 | 966.00 |
| 1/27/2016 | CAZ | Assess and review motions for sanctions (Courtesy discount 0.5 hours) | 0.0 | 260.00 | 0.00 |
| 1/27/2016 | ACC | Review draft motions for sanctions; revise motion for sanctions based on court's inherent powers. | 1.0 | 260.00 | 260.00 |
| 1/29/2016 | JR | Exchanged correspondence with client representative regarding motion for sanctions. | 0.5 | 210.00 | 105.00 |
| 12/31/2015 | | Westlaw charge - December | | 12.78 | 12.78 |

| | | |
|---|---|---|
| Thank you for your business. | **Invoice Total** | $4,933.78 |
| | **Payments/Credits** | -$4,933.78 |
| | **Invoice Balance** | $0.00 |
| | **Total Customer Balance** | $722.07 |

 **ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  26984

**Date:**

2/29/2016

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/22/2016 | JR | Reviewed docket and filings. Receive, review, and communicate with client representative about motion/case status. | 0.5 | 210.00 | 105.00 |
| 1/31/2016 | | Westlaw charge - January | | 26.95 | 26.95 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $131.95 |
| **Payments/Credits** | $0.00 |
| **Invoice Balance** | $131.95 |
| **Total Customer Balance** | $722.07 |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  27187

**Date:**

3/31/2016

**Terms:**

Due on receipt



PAID
05/09/2016

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/9/2016 | ACC | Attention to lack of response by plaintiff to motion for sanctions, local rule regarding briefing schedule. | 0.2 | 260.00 | 52.00 |
| 3/25/2016 | CAZ | Assess request for extension of time to respond to motion for sanctions; communicate with client and opposing counsel; review and assess notice of appearance and motion for extension in time and follow-up with client regarding response; instruct on same. | 0.9 | 260.00 | 234.00 |
| 3/25/2016 | ACC | Attention to motion for extension of time to respond to sanctions motions; correspondence with C. Zumpano regarding same. (Courtesy discount: 0.2 hours) | 0.0 | 260.00 | 0.00 |
| 3/25/2016 | JR | Attention to several filings and request for extension. Discussed with C. Zumpano. | 1.0 | 210.00 | 210.00 |
| 3/28/2016 | GO | Research regarding case law re excusable neglect in response to Motion for Extension of time. | 1.3 | 210.00 | 273.00 |
| 3/28/2016 | JR | Exchange various communications about response to extension. Review and comment on draft of same. | 1.0 | 210.00 | 210.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**Invoice #  27187**

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**PAID**
**05/09/2016**

**Date:**

3/31/2016

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/28/2016 | ACC | Attention to docket, prior motions for extensions; draft response to motion for extension of time to respond to sanctions motions; telephone conference and correspondence with C. Zumpano regarding same. | 1.6 | 260.00 | 416.00 |
| 3/29/2016 | CAZ | Assess reply to response to motion for extension to respond to motion for sanctions and paperless order from court. (Courtesy discount: 0.3 hours) | 0.0 | 260.00 | 0.00 |
| 3/29/2016 | ACC | Attention to court order regarding referral to magistrate, reply by plaintiff in support of motion for extension of time, order of magistrate granting extension. (Courtesy discount: 0.3 hours) | 0.0 | 260.00 | 0.00 |
| 3/29/2016 | JR | Finalize and file response in opposition. Receive and review Reply and evential order granting. Reviewed referrals to magistrate. Discussed with C. Zumpano and A, Castro. Exchanged various communications with client. | 2.4 | 210.00 | 504.00 |
| 3/30/2016 | ACC | Attention to order received, effect of order on motion for summary judgment, and implications for motion for sanctions. | 0.4 | 260.00 | 104.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $2,003.00 |
| **Payments/Credits** | -$2,003.00 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



ZUMPANO CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Bill To:**

Pro Transport
Ref: Silva

# Invoice # 27403

**Date:**

4/30/2016

**Terms:**

Due on receipt

PAID
07/29/2016

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/8/2016 | JR | Received and reviewed Response to motion for sanctions. Discussed with C. Zumpano. Updated clients. | 1.3 | 210.00 | 273.00 |
| 4/11/2016 | ACC | Attention to response to motions for sanctions. (NO CHARGE - 0.2 hours) | 0.0 | 260.00 | 0.00 |
| 4/11/2016 | JR | Received communications from client. | 0.4 | 210.00 | 84.00 |
| 4/17/2016 | JR | Continued researching and drafting Reply to response to motions for sanctions. | 4.8 | 210.00 | 1,008.00 |
| 4/18/2016 | CAZ | Assess reply to response to motion for sanctions | 0.5 | 260.00 | 130.00 |
| 4/18/2016 | ACC | Attention to reply in support of motion for sanctions. (NO CHARGE - 0.4 hours) | 0.0 | 260.00 | 0.00 |
| 4/18/2016 | JR | Amended, finalized and filed reply to motion. Exchanged communications about same. | 2.7 | 210.00 | 567.00 |
| 4/27/2016 | CAZ | Assess order for hearing on motion for sanctions and communications with Mike Shelley and client. (NO CHARGE - 0.3 hours) | 0.0 | 260.00 | 0.00 |
| 4/27/2016 | ACC | Attention to order setting evidentiary hearing on motion for sanctions, correspondence with client regarding same. | 0.3 | 260.00 | 78.00 |
| 4/27/2016 | JR | Received and reviewed order. Sent same to client. | 0.4 | 210.00 | 84.00 |
| 4/28/2016 | ACC | Attention to correspondence from M. Shelley regarding strategy for hearing on motion for sanctions. (NO CHARGE - 0.2 hours) | 0.0 | 260.00 | 0.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $2,224.00 |
| **Payments/Credits** | -$2,224.00 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



**Z|C ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 27612

**Date:**

5/31/2016

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2016 | ACC | Review and assess correspondence with M. Shelley, case law, cases filed by opposing counsel Zidell. | 0.4 | 260.00 | 104.00 |
| 5/6/2016 | ACC | Assess hearing on motion for sanctions and preparations for same. | 0.4 | 260.00 | 104.00 |
| 5/9/2016 | JR | Assess communication from M. Shelley. Communicate with Judge's chambers about hearing. Review prior rulings from magistrate. | 1.2 | 210.00 | 252.00 |
| 5/9/2016 | ACC | Attention to duration of hearing, bases for Rule 11 motion, standard for exercise of inherent powers, consideration of dismissal as sanction, consideration of attorneys' fees as sanction, reasonable inquiry; assess correspondence from M. Shelley. | 1.7 | 260.00 | 442.00 |
| 5/10/2016 | JR | Review and discuss communications from client rep. Discuss actions for evidentiary hearing and evidence with  A. Castro and C. Zumpano. | 1.7 | 210.00 | 357.00 |
| 5/11/2016 | JR | Review and discuss evidentiary hearing and expectations with client representative by phone conference. Discuss actions for evidentiary hearing and evidence with client rep. Discuss with A. Castro and C. Zumpano. | 1.1 | 210.00 | 231.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |


ZUMPANO
CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Bill To:**

Pro Transport
Ref: Silva

# Invoice #  27612

**Date:**

5/31/2016

**Terms:**

Due on receipt

PAID
07/29/2016

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/11/2016 | ACC | Assess bases for sanctions, factual and procedural background; outline arguments for hearing; telephone conference with M. Shelley regarding same; assess initial claim by Palma counsel, bankruptcy filing, compare filings by Zidell. | 3.0 | 260.00 | 780.00 |
| 5/12/2016 | ACC | Assess case law on judicial estoppel supporting argument that question of summary judgment was not a close call for plaintiff and his counsel. | 0.8 | 260.00 | 208.00 |
| 5/16/2016 | JR | Discuss upcoming hearing with A. Castro. Plan strategy and research topics. Research preliminary issues. | 1.9 | 210.00 | 399.00 |
| 5/16/2016 | ACC | Assess standard and factual support for each basis for imposition of sanctions, judicial notice of bankruptcy filings, chronology of filings and vexatiousness, history of Zidell sanctions, expected evidence, binders for court. | 1.0 | 260.00 | 260.00 |
| 5/17/2016 | JR | Discuss information needed from court on hearing with assistant. review dockets of bankruptcy filings. | 0.5 | 210.00 | 105.00 |
| 5/20/2016 | JR | Continue researching and preparing for hearing. | 1.3 | 210.00 | 273.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 27612

**Date:**

5/31/2016

**Terms:**

Due on receipt

PAID
07/29/2016

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/22/2016 | JR | Research and review filings in similar sanctions cases. Read and review transcripts and report and recommendations from similar cases. Research various standards for sanctions under multiple theories. Prepare summary for A. Castro. | 4.6 | 210.00 | 966.00 |
| 5/22/2016 | ACC | Prepare for hearing on motion for sanctions; attention to summary, timeline, hearing transcripts. | 2.6 | 260.00 | 676.00 |
| 5/23/2016 | JR | Continued preparing for hearing on motion for sanctions. Discussed strategy and research with A. Castro. Continued research. | 3.9 | 210.00 | 819.00 |
| 5/23/2016 | ACC | Prepare for hearing on motion for sanctions; attention to filings, chronology, case law; outline argument. | 4.4 | 260.00 | 1,144.00 |
| 5/24/2016 | CAZ | Assess hearing today on motion for sanctions, motion for continuance and communication with Mike Shelley and client. (NO CHARGE 0.4 hours) | 0.0 | 260.00 | 0.00 |
| 5/24/2016 | JR | Finalized preparation for hearing. Discussed with A. Castro. Attended hearing. Received and reviewed court filing. Exchanged communications with client about motion to continue and hearing. | 4.3 | 210.00 | 903.00 |

| Thank you for your business. | **Invoice Total** |
|---|---|
| | **Payments/Credits** |
| | **Invoice Balance** |
| | **Total Customer Balance** |



ZUMPANO CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 27612

**Date:**

5/31/2016

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/24/2016 | ACC | Assess amended bankruptcy schedule matter reflecting $0 claim; prepare for, travel to and attend hearing on motion for sanctions. | 4.3 | 260.00 | 1,118.00 |
| 5/25/2016 | JR | Reviewed filings by clerk. Discussed with A. Castro. | 0.3 | 210.00 | 63.00 |
| 5/25/2016 | ACC | Assess motion to continue hearing to supplement record and potential response; attention to exhibit and witness list, notice of appearance. | 1.2 | 260.00 | 312.00 |
| 5/31/2016 | JR | Checked docket and discussed with A. Castro. Prepared and sent communication to clients. | 0.5 | 210.00 | 105.00 |
| 5/31/2016 | ACC | Assess potential response to Zidell motion to supplement record. | 0.2 | 260.00 | 52.00 |
| 4/30/2016 | | Westlaw charge - April | | 31.64 | 31.64 |
| 5/31/2016 | | Parking at courthouse for hearing on 5-24-16 (JR) | | 15.00 | 15.00 |
| | Reimb Group | Total Reimbursable Expenses | | | 46.64 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $9,719.64 |
| **Payments/Credits** | -$9,719.64 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



**ZUMPANO CASTRO**

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  27834

**Date:**

6/30/2016

**Terms:**

Due on receipt

**PAID**
**10/17/2016**

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2016 | JR | Attention to communications from client. | 0.2 | 210.00 | 42.00 |
| 6/2/2016 | ACC | Attention to Zidell motion to supplement record and potential response. | 0.2 | 260.00 | 52.00 |
| 6/8/2016 | JR | Continued researching and drafting of Response to motion to supplement/continue hearing. Exchanged communications with client. | 1.1 | 210.00 | 231.00 |
| 6/8/2016 | ACC | Attention to status of response to motion to supplement record. | 0.1 | 260.00 | 26.00 |
| 6/10/2016 | JR | Continue researching and drafting response to motion to continue. Finalize and file same. Discussed with A. Castro and communicated with client. | 5.7 | 210.00 | 1,197.00 |
| 6/10/2016 | ACC | Attention to Response in Opposition to Motion to Continue Evidentiary Hearing to Supplement Record. | 0.3 | 260.00 | 78.00 |
| 6/17/2016 | CAZ | Review Silva filing and follow-up communications. (NO CHARGE 0.4 hours) | 0.0 | 260.00 | 0.00 |
| 6/17/2016 | JR | Received and reviewed reply to motion for continuance. Communicated with client and prepared responsive communication with opposing counsel re point out incorrections. Researched same. | 3.2 | 210.00 | 672.00 |

| Thank you for your business. | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



ZUMPANO
CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice #  27834

**Date:**

6/30/2016

**Terms:**

Due on receipt

**PAID**
**10/17/2016**

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/17/2016 | ACC | Attention to plaintiff's reply in support of motion to supplement the record, considerations for possible sur-reply; attention to correspondence with M. Shelley and with opposing counsel. | 0.5 | 260.00 | 130.00 |
| 6/20/2016 | JR | Reviewed amended reply. Communicated with client about same. | 0.7 | 210.00 | 147.00 |
| 6/20/2016 | ACC | Attention to amended reply in support of motion to supplement record. | 0.2 | 260.00 | 52.00 |
| 6/21/2016 | JR | Received and reviewed affidavit filed. Communicated with client. Discussed with A. Castro. | 0.7 | 210.00 | 147.00 |
| 6/21/2016 | ACC | Attention to affidavit by Zidell. | 0.2 | 260.00 | 52.00 |
| 5/31/2016 | | Westlaw charge - May | | 77.48 | 77.48 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $2,903.48 |
| **Payments/Credits** | -$2,903.48 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



**ZUMPANO CASTRO**
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Invoice #  28073**

**Date:**

7/31/2016

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/26/2016 | JR | Review and asses matter for filings | 0.4 | 210.00 | 84.00 |
| 6/30/2016 | | Westlaw charge - June | | 31.87 | 31.87 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $115.87 |
| **Payments/Credits** | $0.00 |
| **Invoice Balance** | $115.87 |
| **Total Customer Balance** | $722.07 |



**ZUMPANO CASTRO**

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

# Invoice # 28300

**Date:**

8/31/2016

**Terms:**

Due on receipt


PAID
10/17/2016

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/25/2016 | JR | Reviewed docket for order. | 0.2 | 210.00 | 42.00 |
| 8/29/2016 | CAZ | Review and assess ruling on motion to supplement record and report and recommendation granting fees/costs and communicate with client. | 0.7 | 260.00 | 182.00 |
| 8/29/2016 | JR | Received Report and recommendations on motion for fees and costs and motion to supplement. Reviewed both. Discussed same with C. Zumpano and A. Castro. Communicated with client. Reviewed docket for filings. Researched possible objections | 2.9 | 210.00 | 609.00 |
| 8/29/2016 | ACC | Review reports and recommendations by Magistrate, correspondence with client regarding outcome, status. | 0.3 | 260.00 | 78.00 |
| 8/30/2016 | CAZ | Assess matter and communications with client re Magistrate Report And Recommendation/next steps. | 0.2 | 260.00 | 52.00 |
| 8/30/2016 | JR | Received, reviewed and assessed communications with client and Mike Shelley. Reviewed Report for potential objections. | 1.2 | 210.00 | 252.00 |
| 8/30/2016 | ACC | Attention to correspondence with M. Shelley regarding submission for fees. | 0.1 | 260.00 | 26.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $1,241.00 |
| **Payments/Credits** | -$1,241.00 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |



ZUMPANO CASTRO
ATTORNEYS AT LAW

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976

**Date:**

9/30/2016

**Terms:**

Due on receipt



**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/9/2016 | ACC | Attention to plaintiff's objection and response to report and recommendation. | 0.4 | 260.00 | 104.00 |
| 9/12/2016 | CAZ | Assess filing of objections to report and recommendations and communications re same. | 0.3 | 260.00 | 78.00 |
| 9/12/2016 | JR | Receive and review objection to magistrate's report and recommendations. Discussed with Client, A. Castro & C. Zumpano. Exchanged communications about report. | 2.8 | 210.00 | 588.00 |
| 9/13/2016 | JR | Exchanged communications with client about R&R. Researched case law for approval of R&R. | 1.8 | 210.00 | 378.00 |
| 9/13/2016 | ACC | Attention to status, report and recommendation and objections, request for attorneys fees. | 0.8 | 260.00 | 208.00 |
| 9/14/2016 | JR | Continued researching burden of objecting to Magistrate R&R. | 0.7 | 210.00 | 147.00 |
| 9/14/2016 | JR | Exchanged communications with client. | 0.3 | 210.00 | 63.00 |
| 9/20/2016 | JR | Researched response to objections to magistrate report and recommendation. Outlined response. | 1.5 | 210.00 | 315.00 |
| 9/22/2016 | JR | Continued research and drafting of response to objections. | 1.4 | 210.00 | 294.00 |
| 9/23/2016 | JR | Continued research and drafting of response to objection. Finalized and filed. | 6.6 | 210.00 | 1,386.00 |
| 9/26/2016 | JR | Exchanged communications with client about response. Discussed with A. Castro. | 1.5 | 210.00 | 315.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | |
| **Payments/Credits** | |
| **Invoice Balance** | |
| **Total Customer Balance** | |



ZUMPANO
CASTRO

500 S. Dixie Highway
Suite 302
Coral Gables, Fl 33146

T.305-503-2990 F.305-774-5908
www.ZumpanoCastro.com

EIN: 20-3002976



# Invoice # 28519

**Date:**

9/30/2016

**Terms:**

Due on receipt

**Bill To:**

Pro Transport
Ref: Silva

| Service Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/26/2016 | ACC | Attention to defendants' response to plaintiff's objections to report and recommendation. | 0.4 | 260.00 | 104.00 |
| 9/28/2016 | JR | Received and reviewed reply to response to objection. Researched rules for reply. Reviewed case law cited. Discussed with C. Zumpano. | 2.7 | 210.00 | 567.00 |
| 9/29/2016 | ACC | Attention to plaintiff's reply to defendants' response to objections to report and recommendation. | 0.3 | 260.00 | 78.00 |
| 9/30/2016 | JR | Exchanged various communications with client. Received and reviewed order adopting magistrate's report and recommendation. Reviewed case law for error. Circulated same with client. | 2.9 | 210.00 | 609.00 |
| 9/30/2016 | CAZ | Review and assess court order affirming magistrate recommendations, communication with client and assess matter moving forward. | 0.5 | 260.00 | 130.00 |
| 9/30/2016 | ACC | Attention to order adopting report and recommendation; attention to correspondence with M. Shelley regarding same. | 0.3 | 260.00 | 78.00 |

Thank you for your business.

| | |
|---|---|
| **Invoice Total** | $5,442.00 |
| **Payments/Credits** | -$5,442.00 |
| **Invoice Balance** | $0.00 |
| **Total Customer Balance** | $722.07 |