United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julio Antonio Silva, and others, Plaintiffs | ) ) ) |
| v. | ) ) Civil Action No. 15-23028-Civ-Scola |
| Pro Transport, Inc., and others, Defendants | ) ) ) |

**Order Referring Plaintiff's Motion to Strike To Magistrate Judge**

The Court **refers** the Plaintiff's Motion to Strike Defendants' Statement of Reasonable Fees and Costs and to Deny Defendants' Request for Fees and Costs with Prejudice (ECF No. 67) to United States Magistrate Judge Alicia M. Otazo-Reyes to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** at Miami, Florida on November 30, 2016.

_____
Robert N. Scola, Jr.
United States District Judge