UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23028-CIV-SCOLA/OTAZO-REYES

JULIO ANTONIO SILVA and
all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiff,

v.

PRO TRANSPORT, INC.,
OSCAR ACHARANDIO, and
TONY MENENDEZ,

    Defendants.
_____/

## ORDER ON MOTION TO STRIKE

THIS CAUSE came before the Court upon Plaintiff Julio Antonio Silva's ("Plaintiff" or "Silva") Motion to Strike Defendants' Response and Supplemental Statement of Reasonable Fees and Costs [DE 73], or in the Alternative Enlargement to Respond (hereafter, "Motion to Strike" and "Motion for Enlargement of Time") [D.E. 74]. This matter was referred to the undersigned by the Honorable Robert N. Scola, Jr., United States District Judge to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules [D.E. 75]. Upon due consideration, it is

ORDERED AND ADJUDGED as follows:

- Plaintiff's Motion to Strike [D.E. 74] is DENIED.
- Plaintiff's Motion for Enlargement of Time [D.E. 74] is GRANTED. Plaintiff has **ten days from the date of this Order** to respond to Defendants' Supplemental Statement of Reasonable Fees and Costs [D.E. 73].

➢ No further submissions will be allowed or considered in connection with Defendants' Statement of Reasonable Fees and Costs [D.E. 66].

DONE AND ORDERED in Miami, Florida on this 16th day of February, 2017.

*Alicia O. Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record